396 A.2d 60

Devlugt Appeal.

Submitted June 12, 1978. James A. Downey, III, for appellant; Peter F. Schenck, Assistant District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 61

Goldberg v. Caplan et al., Appellants et al.

Argued March 29, 1978. Alan E. Boroff, for appellants; Desmond J. McTighe, for appellee, Albert M. Goldberg.

Decree affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.